**No. 09-1406. David Boylen Manley, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 832, 131 S. Ct. 388, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6397.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 734.